# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-06866 MMM (FMOx) | Date | October 21, 2008 |

| | |
|---|---|
| Title | RE/MAX California and Hawai'i, LLC v. Beach Dog Investments, Inc. et al. |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order to Show Cause Why Action Should Not Be Dismissed For Lack Of Subject Matter Jurisdiction**

On October 17, 2008, plaintiff RE/MAX California and Hawai'i, LLC ("RE/MAX California") filed a complaint in this court against defendants Beach Dog Investments, Inc., Willow Creek Investments, Inc., Dennis Badagliacco, and Colleen Badagliacco for breach of contract, account stated, and open book account. Plaintiff asserts that the court has jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship.

District courts have original jurisdiction of civil actions where the matter in controversy exceeds $75,000 and is between citizens of different states. See 28 U.S.C. § 1332(a). In any case where subject matter jurisdiction is premised on diversity, there must be complete diversity, i.e., all plaintiffs must have citizenship different than all defendants. See *Strawbridge v. Curtis*, 7 U.S. (3 Cranch) 267 (1806). See also *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 67 & n.3 (1996). For diversity purposes, a partnership is treated as a citizen of each state in which any partners or members are citizens. See *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990); *Rockwell Int'l Credit Corp. v. United States Aircraft Ins. Group*, 823 F.2d 302, 304 (9th Cir. 1987). The citizenship of a limited liability company (LLC) for diversity purposes is determined in the same manner as that of a partnership, in that an LLC is a citizen of each state of which one of its members is a citizen. See *Cosgrove v. Bartlotta*, 150 F.3d 729, 731 (7th Cir. 1998); *TPS Utilicom Services, Inc. v. AT&T Corp.*, 223 F.Supp.2d 1089, 1101 (C.D. Cal. 2002).

The complaint alleges that plaintiff RE/MAX California is a Colorado limited liability company with its principal place of business in Denver, Colorado. The complaint does not allege the *citizenship* of any of the individual members of the plaintiff LLC, and the court is unable to determine that there is complete

diversity of citizenship between all plaintiffs and all defendants as a result.

Consequently, the court orders plaintiffs to show cause, on or before **Tuesday, October 28, 2008**, why the court should not dismiss the case for lack of subject matter jurisdiction. This should include a showing of the state of citizenship of all members of the plaintiff LLC.