ABELSON | HERRON LLP
   Vincent H. Herron (State Bar No. 172290)
   Stephanie R. Lewis (State Bar No. 230185)
333 South Grand Avenue, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
vherron@abelsonherron.com
slewis@abelsonherron.com

Attorneys for Plaintiff
RE/MAX CALIFORNIA and
HAWAII, LLC, doing business as
RE/MAX CALIFORNIA and
HAWAII REGION

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RE/MAX CALIFORNIA and HAWAII, LLC, d/b/a RE/MAX CALIFORNIA and HAWAII REGION, a Colorado limited liability company,<br><br>          Plaintiffs,<br>  v.<br><br>BEACH DOG INVESTMENTS, INC., a California corporation and WILLOW CREEK INVESTMENTS, INC., a California corporation, all d/b/a RE/MAX VALLEY PROPERTIES; DENNIS BADAGLIACCO, an individual; COLLEEN BADAGLIACCO, an individual; and DOES 1-10,<br><br>          Defendants. | CASE NO. 08-CV-06866-MMM (FMOx)<br><br>Complaint Filed: October 17, 2008<br><br>**STIPULATION TO DISMISS CASE AND [PROPOSED] ORDER**<br><br>Before the Hon. Margaret M. Morrow |

| | |
|---|---|
| 1 | BEACH DOG INVESTMENTS, INC., a California corporation, d/b/a RE/MAX VALLEY PROPERTIES; DENNIS BADAGLIACCO, an individual; COLLEEN BADAGLIACCO, an individual |
| 2 | |
| 3 | |
| 4 | |
| 5 | Third Party Plaintiffs, |
| 6 | v. |
| 7 | C&H PRODUCTIONS, Inc., a California corporation, RE/MAX CALIFORNIA and HAWAII, Inc., a California corporation, RE/MAX International, Inc., a Colorado corporation, and RE/MAX CALIFORNIA and HAWAII Ad Fund, Inc. |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Third Party Defendants. |

## STIPULATION FOR DISMISSAL OF ENTIRE ACTION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Complaint, all Counter-claims thereto, and the Third Party Complaint in the above-captioned case be dismissed with prejudice because the matter has been settled. The parties shall bear their own attorneys' fees and costs.

Date: July 9, 2009

Respectfully Submitted,
ABELSON | HERRON LLP
  Vincent H. Herron
  Stephanie R. Lewis


By /S/ Vincent H. Herron
  Vincent H. Herron
Attorneys for Plaintiff
RE/MAX CALIFORNIA and HAWAII
LLC, d/b/a RE/MAX CALIFORNIA and
HAWAII REGION

Date: July 9, 2009

Respectfully Submitted,
THE HERITAGE LAW GROUP, A.P.C.
  Roger D. Wintle
  Marialorena Relos

By /S/ Roger D. Wintle
  Roger D. Wintle
Attorneys for Defendants
BEACH DOG INVESTMENTS, INC.; WILLOW CREEK INVESTMENTS, INC., all d/b/a RE/MAX VALLEY PROPERTIES; DENNIS BADAGLIACCO; and COLLEEN BADAGLIACCO

Based upon the Stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

Date: July 9, 2009

*[signature: Margaret M. Morrow]*
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE